AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

Christian Alexander Augustus,
aka "Sir Ceeco,"

Defendant.

Case No.

SA19-656M

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED
2019 AUG 26 PM 1:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or about April 2019, in the county of Orange, in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of a Child in Interstate Commerce to Engage in Prostitution |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

David Asbury, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/26/19

City and state: Santa Ana, California

KAREN E. SCOTT
_____
Judge's signature

HON. KAREN E. SCOTT, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David Asbury, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed with HSI and its predecessors since March 2002. For approximately four years prior to my employment as a Special Agent, I was an Inspector with the United States Customs Service. I am currently assigned to the Border Security Group at the Orange County Office of HSI. I am responsible for investigating crimes related to Border Security to include human trafficking. I have successfully completed the U.S. Customs Service ("USCS") Basic Enforcement School at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. In addition, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to, human trafficking, child exploitation, alien smuggling, commercial fraud, money laundering, and narcotics.

### II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Christian Alexander AUGUSTUS, also known as "Sir Ceeco" ("AUGUSTUS"), for a violation of 18 U.S.C. § 2423(a), Transportation of a Child in Interstate Commerce to Engage in Prostitution. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from

1

various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

3.   On August 20, 2019, I spoke to and reviewed affidavits and reports related to an investigation by Orange County Human Trafficking Task Force Officer ("TFO") Briton Speakman into AUGUSTUS. Based on the information I received, I learned the following:

   a.   On July 7, 2019, TFO Speakman was contacted by Orange County Social Worker Kim Schneider. Schneider informed TFO Speakman about a runaway juvenile who was being commercially sex trafficked. The juvenile victim, who shall be referred to as "S.G.," was a victim in a previous commercial sex investigation by TFO Speakman. The defendant in TFO Speakman's previous case is currently awaiting trial for violations of California Penal Code Section 236.1, Human Trafficking of a Minor.

   b.   According to statements made by Schneider to TFO Speakman, S.G. is a juvenile who is a ward of the court. S.G. has run away from Orangewood Family facility and her current whereabouts are unknown. Orange County Social Services has had a warrant issued and entered into the CLETS system for S.G.'s

arrest based on her runaway status. On August 20, 2019, I reviewed a printout of the warrant for S.G., which depicts a date of birth in 2002 and reflects that S.G. is a minor.

  c. On July 7, 2019, S.G. called Schneider and told her she was working as a prostitute and was under the control of a pimp/trafficker she identified as Christian AUGUSTUS, with a date of birth of February 16, 1996. S.G. told Schneider that she had been working as a prostitute for AUGUSTUS starting in Los Angeles, California.

  d. S.G. stated that AUGUSTUS took her to the "track" in Santa Ana and other locations in California, Nevada, and most recently Arizona. Based on my training and experience (including knowledge of this investigation), I know that "track" means an area where persons involved in commercial sex loiter in order to engage in prostitution.

  e. S.G. stated that, on approximately July 1, 2019, she attempted to flee from AUGUSTUS in the area of Phoenix, Arizona and take a public bus back to Southern California. AUGUSTUS found S.G. at the bus station, and physically beat her for trying to escape. S.G. stated she sustained two black eyes, a bruised rib, and swelling to the face. Based on my training and experience (including information obtained from other law enforcement officers), I know that pimps/traffickers will often use force on prostitutes under their control to punish and/or force the victim to follow their orders.

  f. S.G. also told Schneider that on or around July 7, 2019, she planned to attempt to escape again by bus and

travel to Anaheim, California and S.G. wanted Schneider to pick her up. S.G. said she would be getting on a bus in Phoenix, Arizona at 10:55 p.m. and would call Schneider and tell her she was on the bus. On July 7, 2019, S.G. called Schneider at 10:54 p.m., and advised she was on the bus and okay.

  g. On July 8, 2019, at approximately 7:37 p.m., S.G. called Schneider and stated that she was in Palm Springs, California and would not be in Orange County for Schneider to pick her up.

  h. On July 9, 2019, S.G. called Social Worker Melissa Pena and told her AUGUSTUS had contacted her and threatened to kill her and her family who reside in Anaheim, California, if S.G. did not return to him.

  4. On July 10, 2019, TFO Speakman went to S.G.'s family home in Anaheim, California looking for her. S.G. was at the residence, and TFO Speakman was able to speak to her in person. During the conversation, S.G. provided AUGUSTUS's biographical information, confirmed his identity via photograph, and stated that his telephone number was (209) 594-8068. TFO Speakman was able to observe that the telephone number was listed in S.G.'s contacts as "Ceeco." During the meeting, S.G. provided the following information:

  a. S.G. stated that she has told AUGUSTUS that she is a minor. Since S.G. is a minor, she does not have identification; therefore, she cannot send money. There have been instances in the past where AUGUSTUS wanted S.G. to send him money and S.G. has reminded him that because she is a minor,

4

and without identification, she cannot. AUGUSTUS has had to travel to S.G. to obtain the money himself or have S.G. purchase a bus ticket and travel to him.

  b. S.G. stated that she met AUGUSTUS in December 2018, and he had been her pimp until she fled from him on July 8, 2019. They met in Los Angeles, California where she would work the "track" and give all the money she made to AUGUSTUS. Between the months of March and April 2019, S.G. was brought to Santa Ana, California, where she worked the "track" of Harbor Boulevard. S.G. had sex with "johns" and gave all the money to AUGUSTUS. Based on my training and experience, I know that "johns" are persons who pay for sex.

  c. In April 2019, AUGUSTUS and S.G. traveled to Las Vegas, Nevada. While in Las Vegas, Nevada, S.G. continued to work in commercial sex and would work the "track." S.G. would also work from online advertisements posted by AUGUSTUS. S.G. and AUGUSTUS stayed at the Harbor Island Apartments located at 370 East Harmon Avenue, Apartment H-110, Las Vegas, Nevada. During the interview, TFO Speakman located an online sex advertisement depicting a picture of S.G. that was associated with a phone number that AUGUSTUS had registered as his phone number with Los Angeles County Probation.

  d. S.G. stated that on April 22, 2019 she was working as a sex worker on the "track" located on Tropicana Avenue in Las Vegas, Nevada, which was south of where she and AUGUSTUS were staying. S.G. told TFO Speakman that she had only made $200 and was told by AUGUSTUS to return to the apartment

5

where she was staying. Once inside, S.G. put the $200 on the table and went to bed. She was then awoken by AUGUSTUS pushing her off the bed and beating her because he was upset that she was back at the apartment too early and without enough money. S.G. was able to escape and call the police. S.G. told Las Vegas Metro Police she was in a dating relationship with AUGUSTUS and she decided to end the relationship and AUGUSTUS became upset and hit S.G. several times in the face and body. S.G. gave police a fake identity of Keireh Palter, with a date of birth of June 8, 2000.

5.  On August 20, 2019, I reviewed a screenshot of an advertisement supplied to me by TFO Speakman. The screenshot was of a MegaPersonals[1] advertisement for Las Vegas, Nevada. The screenshot depicted the title "Dominicana Pokita" across the top. Written below the title was the following:

Hey Big Daddy

You want a Barely Legal Sex Slave?

Do you want to concur (Conquer) my tiny vessel?

My time is yours my love.

2095948068 TEXT ONLY with a picture if you can afford my time.

The advertisement included a photograph of a young female. TFO Speakman was able to identify the female in the photograph as S.G.

---

[1] Based on my training and experience, I know the following: MegaPersonals is an age 21 and over website that is used to post advertisements for adult services. MegaPersonals allows individuals to post services by locality and is used by escorts to advertise their services.

6

6. On July 18, 2019, TFO Speakman contacted Los Angeles County Probation and spoke with Probation Officer Hernandez. Probation Officer Hernandez informed TFO Speakman that as of March 2019, AUGUSTUS told probation that his cell phone number was (209) 594-8068.

7. Based on my training and experience, it is not uncommon for persons involved in pimping/trafficking to post advertisements of commercial sex workers on the internet. It is not uncommon for the pimp/trafficker to negotiate prices for sex with "johns" responding to the online ads and to schedule times for the intended sex act. To have contact with "johns" the pimps/traffickers would need to advertise a telephone number within their control.

8. On August 20, 2019, I reviewed a police report for domestic violence from the Las Vegas Metropolitan Police Department ("LVPD") dated April 22, 2019. The incident occurred at the Harbor Island Apartments in Las Vegas, Nevada. In the report, S.G., using the alias "Keireh Palter," claims to have had an argument with her boyfriend of four months, Christian AUGUSTUS. LVPD officers took photographs of the markings the victim received during the assault. Based on the photographs, TFO Speakman was able to confirm that the victim of the assault was S.G. According to the report, Palter [S.G.] states that she entered the apartment and saw that AUGUSTUS was asleep in bed. Palter [S.G.] laid out $200 on the kitchen table then went to bed. Palter [S.G.] awoke to AUGUSTUS striking her with his fists on her face and neck. Palter [S.G.] was also kicked on

7

the left side of her ribs and choked by AUGUSTUS. Officers were able to observe minor visible injuries on Palter's [S.G.'s] chest and right cheek. Officers were unable to find AUGUSTUS at that time. Notes on the police report state that the Harbor Island Apartments have Christian AUGUSTUS on their registration and lists his date of birth as February 16, 1996, with California license number F2994855 and telephone number (209) 594-8068 (The same telephone number associated with the Las Vegas MegaPersonals advertisement).

9. On August 20, 2019, I reviewed a California Driver's License record for Christian Alexander AUGUSTUS, date of birth of February 16, 1996, assigned number F2994855.

10. During the July 10, 2019 interview, S.G. told TFO Speakman that in May 2019, she traveled with AUGUSTUS to Phoenix, Arizona because AUGUSTUS did not feel safe in Nevada after S.G. reported him to the police. S.G. continued to work as a sex worker in Phoenix, Arizona working the "tracks" at 27th Avenue, McDowell Street, and the corner of 36th Street and Thomas Street. S.G. also worked ads posted by AUGUSTUS for the Phoenix area.

11. On August 20, 2019, I reviewed a screenshot of an advertisement supplied to me by TFO Speakman. The screen shot was a MegaPersonals advertisement for the city of Phoenix. The screenshot depicted the title New 2 AZ//Paris The Dominicana//$300 Special!!! Written below the title was the following:

    Tiny yet Expensive like a glass of Merlot.

8

>Are you man enough for a Barely legal sex slave?
>
>Can you afford The Beast?
>
>Would you be interested in Concuring (Conquering) my Tiny Vessel?
>
>Text me Papi
>
>2093309836

The advertisement included a photograph of a young female in lingerie with faces and dollar signs covering her breasts. TFO Speakman was able to identify the female in the photograph as S.G.

12. On August 20, 2019, I reviewed a Phoenix Police Department ("PPD") report for a kidnaping incident that occurred on May 25, 2019. The incident was captured on video. The report detailed the following:

>a. A witness identified as "Destynee" reported that she was in her vehicle with S.G. when an unknown female approached while on her phone talking to her "Baby Daddy" and telling the "Baby Daddy" where Destynee and S.G. were. The unknown female then directed S.G. to get out of Destynee's vehicle and S.G. complied. After S.G. exited the vehicle, the unknown female grabbed money out of her hand. Destynee said she exited her vehicle and told S.G. she did not have to go with the unknown female, but then a Cadillac arrived, and Christian [AUGUSTUS] exited the vehicle. After exiting the Cadillac, AUGUSTUS grabbed S.G. by the neck and slammed her head as he shoved her in the vehicle. AUGUSTUS then began stomping on S.G. with his boots while she was in the vehicle.

9

   b. Destynee said there was a second male subject in the vehicle who did not say anything. Prior to the vehicle leaving, Destynee stated the driver [AUGUSTUS] made the statement "[T]his is pimping and if you all aren't trying to knock my bitch then get out the way." Destynee said she advised that they did not want any trouble and the subject got back into the vehicle and left. After the vehicle left, Destynee said the female in gray came back to her vehicle and stated she did not like S.G. She made statements that she needed to make money because they have kids to feed.

   c. Destynee explained that prior to the incident, S.G. had told her that she was 19 years old. She also advised Destynee that her pimp's name is "Sir Ceeco" and he was forcing her to prostitute to make money for his family as they lived in a hotel.

   d. In a separate part of the report, Destynee states that she was approached by S.G. and asked if she could help S.G. get away from her "pimp" who was known on Youtube as "Sir Ceeco."

  13. On August 20, 2019, I queried "Sir Ceeco" on Youtube and observed that individual in Sir Ceeco's music video matched AUGUSTUS's California driver's license photograph.

  14. On August 20, 2019, I reviewed a Los Angeles Police Department ("LAPD") arrest report. The report, dated February 21, 2019, was for an arrest of Keirah Renee Plater (S.G.'s alias) for a violation of California Penal Code § 653.22,

Loitering for Prostitution. In the report was a photograph of the arrestee which TFO Speakman confirmed to be S.G.

15. On August 20, 2019, I reviewed a LAPD arrest report. The report, dated April 11, 2019, was for an arrest of Keirah Plater (S.G.'s alias) for a violation of California Penal Code Section 647(B) Solicitation of Prostitution. Within the report was a photograph of the arrestee which TFO Speakman confirmed to be S.G.

## IV. CONCLUSION

16. For the reasons described above, there is probable cause to believe that Christian Alexander AUGUSTUS, also known as "Sir Ceeco," has committed a violation of 18 U.S.C. § 2423(a) Transportation of a Child in Interstate Commerce to Engage in Prostitution.

/s/
DAVID ASBURY, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me this 26 day of August, 2019.

KAREN E. SCOTT

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE