TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JAKE D. NARE (Cal. Bar No. 272716)
Assistant United States Attorney
Santa Ana Branch Office
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3549
     Facsimile: (714) 338-3561
     E-mail:    jake.nare@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-000160-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S FILING OF VICTIM IMPACT STATEMENTS RE: SENTENCING OF DEFENDANT CHRISTIAN ALEXANDER AUGUSTUS |
| v. | |
| CHRISTIAN ALEXANDER AUGUSTUS, aka "Sir Ceeco" and "Ceeco," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files the victim impact statement for the minor victim regarding the sentencing of defendant Christian Alexander Augustus.

The minor victim recently passed away in December of 2021. The minor victim's victim advocate, Linh Tran of the Orange County Human Trafficking Task Force, informed the government that the attached victim impact statement was written by the minor victim prior to her

death and that Ms. Tran intends to read the victim impact statement on behalf of the minor victim at defendant's sentencing.

Dated: February 22, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

      /s/
JAKE D. NARE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Victim Impact Statement

Christian, you've caused me physical and mental pain. You are the son of evil, a demon seed. For you to have children, one of which is a daughter, and still be manipulative and the way you are is sickening. I hope you're getting psychological help in there. You desperately need it. I don't understand how you can live with what you've done to me. You're very, very ill-minded. I'm caught in between wanting better for you and wishing horrible things upon you. But, you don't deserve anything good. You beat me, fractured ribs, black eyes… You deserve everything that comes your way. I can hope and pray that you sit and think about what you did to me and feel ashamed. You're a disgusting, heartless figure that's dangerous to children. If you haven't gotten what you deserve, I hope you'll understand what you've done. I hope when you get shackled you feel how I felt… trapped, captured, miserable, nasty, unable to move. I hope Armani, aka NuNu, won't think this lifestyle is glorious since you let her play in my 8 inch heels. You deserve every year, minute, second, millisecond that this here judge gives you. If it was up to me, you'd never be free because mentally and emotionally, I'll never be the same. I have bipolar disorder, PTSD, and severe anxiety. I have to live with this EVERY DAY. I feel you should too. I hate you Christian Alexander Augustus. I hope you burn in hell.